1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE RAMIREZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   NO. 2:09-cr-00244-MCE
                                         )
12          Plaintiff,                   )
                                         )   **STIPULATION AND ORDER**
13      v.                               )   **TO CONTINUE STATUS CONFERENCE**
                                         )   **AND TO EXCLUDE TIME**
14                                       )
    ELIAS ALVAREZ RAMIREZ and            )   Date:  December 2, 2010
15  JOSE RAMIREZ,                        )   Time:  9:00 a.m.
                                         )   Judge: Morrison C. England, Jr.
16          Defendants.                  )
    _____)
17

18      It is hereby stipulated and agreed to by and between the United States of America, through Todd

19  Leras, Assistant U.S. Attorney, and defendants, ELIAS ALVAREZ RAMIREZ, by and through his

20  counsel, Preciliano Martinez, and JOSE RAMIREZ, by and through his counsel, Matthew C. Bockmon,

21  Assistant Federal Defender, that the status conference hearing date of Thursday, November 18, 2010, be

22  vacated and a new status conference hearing date of **Thursday, December 2, 2010, at 9:00 a.m.,** be set.

23      The reason for this continuance is because additional time is needed for new attorney consultation,

24  defense investigations, and meetings between the parties with the goal being to resolve the case by way of

25  a disposition.

26  / / /

27  / / /

28  / / /

1 | Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be
2 | excluded from the date of signing of this order through and including December 2, 2010, pursuant to 18
3 | U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of
4 | counsel and defense preparation.

Dated: November 16, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JOSE RAMIREZ

Dated: November 16, 2010

 /s/ Matthew C. Bockmon for
PRECILIANO MARTINEZ
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: November 16, 2010

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 2, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE