PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>ELIAS ALVAREZ RAMIREZ and JOSE RAMIREZ,<br>    Defendants | CASE NO. 2:09-cr-00244-MCE<br><br>*AMENDED* STIPULATION RE: CONTINUANCE AND ORDER |

    IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez and Attorney Matthew Bockmon, Counsel for Defendant Jose Ramirez, that the Status Conference date scheduled for December 2, 2010, at 9:00 a.m. be vacated and the Status Conference be continued to this court's calendar on December 16, 2010 at 9:00 a.m. Counsel for defense have a calendar conflict. The court is advised that counsel have conferred about this request that they have agreed to the court December 16, 2010 date and that Mr. Leras and Mr. Bockmon have authorized Preciliano Martinez to sign this stipulation on their behalf.

///

1

PDF created with pdfFactory trial version www.pdffactory.com

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including December 16, 2010.

Respectfully Submitted,

Dated: November 30, 2010                     /s/ Preciliano Martinez
                                             Preciliano Martinez
                                             Attorney for Defendant
                                             ELIAS ALVAREZ RAMIREZ

Dated: November 30, 2010                     /s/ Matthew Bockmon
                                             Matthew Bockmon
                                             Attorney for Defendant
                                             JOSE RAMIREZ

Dated: November 30, 2010                     /s/ Todd Leras
                                             Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 2, 2010 Status Conference hearing is hereby vacated and reset to December 16, 2010.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com