PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>ELIAS ALVAREZ RAMIREZ and JOSE RAMIREZ,<br>    Defendants | CASE NO. 2:09-cr-00244-MCE<br><br>STIPULATION RE: CONTINUANCE AND ORDER |

IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez and Attorney Matthew Bockmon, Counsel for Defendant Jose Ramirez, that the Status Conference date scheduled for February 10, 2011, at 9:00 a.m. be vacated and the Status Conference be continued to this court's calendar on March 17, 2011 at 9:00 a.m.. For further negotiations. The court is advised that counsel have conferred about this

///

///

1

request that they have agreed to the court date March 17, 2011 and that Mr. Leras and Mr. Bockmon have authorized Preciliano Martinez to sign this stipulation on their behalf.

                                          Respectfully Submitted,

Dated: February 9, 2011                     /s/ Preciliano Martinez
                                          Preciliano Martinez
                                           Attorney for Defendant
                                           ELIAS ALVAREZ RAMIREZ

Dated: February 9, 2011                     /s/ Matthew Bockmon
                                           Matthew Bockmon
                                           Attorney for Defendant
                                           JOSE RAMIREZ

Dated: February 9, 2011                     /s/ Todd Leras
                                           Assistant U.S. Attorney

## **ORDER**

    Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current February 10, 2011 Status Conference hearing is hereby vacated and reset to March 17, 2011 at 9:00 a.m..

DATE: February 14, 2011

                                                                                                  _____
                                                                                                         MORRISON C. ENGLAND, JR.
                                                                                                         UNITED STATES DISTRICT JUDGE