1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE RAMIREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. CR-S-09-244 MCE
                                       )
12              Plaintiff,             )
                                       )    **STIPULATION AND ORDER**
13       v.                            )    **TO CONTINUE STATUS CONFERENCE**
                                       )    **AND TO EXCLUDE TIME**
14                                     )
    ELIAS ALVAREZ RAMIREZ and          )    Date:  April 7, 2011
15  JOSE RAMIREZ,                      )    Time:  9:00 a.m.
                                       )    Judge: Morrison C. England, Jr.
16              Defendants.            )
    _____)

17

18       It is hereby stipulated and agreed to by and between the United States of America, through Todd

19  Leras, Assistant U.S. Attorney, and defendants, ELIAS ALVAREZ RAMIREZ, by and through his

20  counsel, Preciliano Martinez, and JOSE RAMIREZ, by and through his counsel, Matthew C. Bockmon,

21  Assistant Federal Defender, that the status conference hearing date of Thursday, March 17, 2011, be

22  vacated and a new status conference hearing date of **Thursday, April 7, 2011, at 9:00 a.m.,** be set.

23       The reason for this continuance is because defense counsel needs additional time to provide the

24  government with information that will be helpful in finalizing plea agreements as to both defendants.

25  / / /

26  / / /

27  / / /

28

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 7, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 16, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSE RAMIREZ


Dated: March 16, 2011               /s/ Matthew C. Bockmon for
                                    PRECILIANO MARTINEZ
                                    Attorney for Defendant
                                    ELIAS ALVAREZ RAMIREZ


Dated: March 16, 2011               BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    TODD LERAS
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including April 7, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:   March 18, 2011

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE