1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-244 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| ELIAS ALVAREZ RAMIREZ and JOSE RAMIREZ, | Date: May 26, 2011<br>Time: 9:00 a.m.<br>Judge: Morrison C. England, Jr. |
| Defendants. | |

It is hereby stipulated and agreed to by and between the United States of America, through Todd Leras, Assistant U.S. Attorney, and defendants, ELIAS ALVAREZ RAMIREZ, by and through his counsel, Preciliano Martinez, and JOSE RAMIREZ, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference hearing date of Thursday, May 12, 2011, be vacated and a new status conference hearing date of **Thursday, May 26, 2011, at 9:00 a.m.,** be set.

The reason for this continuance is because defense counsel needs additional time to review the draft plea agreement with the clients.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 26, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | |
|---|---|
| Dated: May 10, 2011 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE RAMIREZ |
| Dated: May 10, 2011 | */s/ Matthew C. Bockmon for*<br>PRECILIANO MARTINEZ<br>Attorney for Defendant<br>ELIAS ALVAREZ RAMIREZ |
| Dated: May 10, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew C. Bockmon for*<br>TODD LERAS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 26, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: May 16, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE