PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>   vs. ) <br> ) <br> ELIAS ALVAREZ RAMIREZ and JOSE ) <br> RAMIREZ, ) <br>     Defendants ) <br> ) <br> ) | CASE NO. 2:09-cr-00244-MCE <br><br> STIPULATION RE: CONTINUANCE AND ORDER |

    IT IS HEREBY STIPULATED by and between Assistant United States Todd Leras, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Elias Alvarez Ramirez and Attorney Matthew Bockmon, Counsel for Defendant Jose Ramirez, that the Status Conference date scheduled for May 26, 2011, at 9:00 a.m. be vacated and the Status Conference be continued to this court's calendar on June 9, 2011 at 9:00 a.m. Additional time is needed for attorneys to review plea agreements with clients.

    The court is advised that counsel have conferred about this request that they have agreed to the court date of June 9, 2011 and that Mr. Leras and Mr. Bockmon have authorized Preciliano Martinez to sign this stipulation on their behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for completion of plea negotiations, up to and including June 9, 2011.

Respectfully Submitted,

Dated: May 24, 2011 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
ELIAS ALVAREZ RAMIREZ

Dated: May 24, 2011 /s/ Matthew Bockmon
Matthew Bockmon
Attorney for Defendant
JOSE RAMIREZ

Dated: May 24, 2011 /s/ Todd Leras
Assistant U.S. Attorney

## ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current May 26, 2011 Status Conference hearing is hereby vacated and reset to June 9, 2011.

**Date: 5/27/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE