UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JOSE RAMIREZ,<br><br>        Defendant.<br>_____/ | Case No. 2:09-CR-00244-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JOSE RAMIREZ, Case No. 2:09-CR-00244-MCE, from custody for the following reasons:

|   |   |
|---|---|
| \_\_ | Release on Personal Recognizance |
| \_\_ | Bail Posted in the Sum of $\_\_ |
| \_\_ | Unsecured Appearance Bond |
| \_\_ | Appearance Bond with 10% Deposit |
| \_\_ | Appearance Bond with Surety |
| \_\_ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's sentencing order of 65 months, all of which have been served, the defendant is ordered to be released immediately. |

Issued at Sacramento, California on November 12, 2014 at 9:41 a.m.

Dated: November 12, 2014

                                                  MORRISON C. ENGLAND, JR.
                                                  UNITED STATES DISTRICT JUDGE