# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**   Jose  Ramirez         **Docket Number:**   0972 2:09CR00244

**Name of Judicial Officer**:    Honorable Morrison C. England, Jr., United States District Judge

**Date of Original Sentence:**   11/12/2014

**Original Offense:** 21 U.S.C. § 841(a)(1) –  Possession With Intent to Distribute 500 Grams or More of Methamphetamine  (CLASS A FELONY)

**Original Sentence:** 65 months (time served); 36 month TSR; $100 special assessment.

**Special Conditions:**

1. Warrantless search
2. Deportation
3. Drug registration

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    11/12/2014

**Other Court Actions:**
**None**

RE: **Jose Ramirez**                                                                   **Docket Number: 0972 2:09CR00244**

# PETITIONING THE COURT

☒  TO ISSUE A WARRANT

☐  TO ISSUE A SUMMONS

☐  OTHER:

The probation officer alleges the offender has violated the following conditions(s) of supervision:

| Charge Number | Nature of Violation |
|---|---|
| Charge 1 | NEW LAW VIOLATION |

On April 9, 2015, the offender was found in the United Sates, in violation of 8 USC 1326, and in violation of the standard condition of supervision prohibiting the violation of federal, state, and local laws.

**Justification:**  The offender was never supervised by the United States Probation Office.  On November 17, 2014, after completing the sentence in this matter, he was deported.  A warrant is recommended to act as a hold so that he can answer to the above charge.  Additionally, the District of Arizona has requested transfer of jurisdiction, and a Prob22 form is attached.

   **Custody Status/Location** – ICE Detention Center, Nogales, Arizona

   **Booking Number** – 18589-097

   **ICE Number** – A30339441

**Detention:**  Detention is recommended due to flight risk.

RE: **Jose  Ramirez**                                                 **Docket Number: 0972 2:09CR00244**

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**    April 28, 2015
                    Sacramento, California
                    PYM/sg

                                            Respectfully submitted,
                                            /s/ Philip Y. Mizutani

                                            **Philip Y. Mizutani**
                                            **United States Probation Officer**
                                            Telephone: (916) 930-4309

**DATED:**    4/28/2015

                                            Reviewed by,
                                            /s/ Jeffrey C. Oestreicher

                                            **Jeffrey C. Oestreicher**
                                            **Supervising United States Probation Officer**

RE: **Jose Ramirez**                                   Docket Number: 0972 2:09CR00244

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a warrant.

☐  The issuance of a summons (copy to Defense Counsel).

☐  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐  Defendant is ordered detained, to be brought before District Judge forthwith.

☒  Initial appearance and detention hearing before Magistrate Judge.

**Dated: May 13, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CC:

United States Probation

AFD: Matthew C. Bockmon

United States Marshal Service

RE: **Jose Ramirez**                          **Docket Number: 0972 2:09CR00244**

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

                         RE:     Ramirez, Jose
                         **Docket Number:** 0972 2:09CR00244

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1: NEW LAW VIOLATION**

     a. **Evidence:**

         i. Criminal complaint – District of Arizona, case number 15-10397.

         ii. Homeland Security Prosecution report number NGL-1504000207.

     b. **Witnesses:**

         i. None.

RE: **Jose Ramirez**  **Docket Number: 0972 2:09CR00244**

                Respectfully submitted,
                /s/ Philip Y. Mizutani

                **Philip Y. Mizutani**
                **United States Probation Officer**
                Telephone: (916) 930-4309

**DATED:** 4/28/2015
        Sacramento, California
        PYM/sg

                Reviewed by,
                **/s/ Jeffrey C. Oestreicher**

                **Jeffrey C. Oestreicher**
                **Supervising United States Probation Officer**

RE: **Jose Ramirez**                                                         **Docket Number: 0972 2:09CR00244**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Jose Ramirez                              **Docket Number:**   0972 2:09CR00244

**Date of Original Offense:**   05/21/2009

**Original term of supervised release imposed:**  36 **months**

**Highest grade of violation alleged: B**

**Criminal History Category of offender: I**

**Original guideline range: 108  to 135  months.**

**Chapter 7 range of imprisonment:** 4 **to 10  months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

☒         **Class A felony - 5 years (or stat max of** Click here to enter text. **years if longer)**

**Violation requires mandatory revocation:  YES: ☐    NO: ☐**

<u>**Original offense committed on or after 04/30/2003**</u>:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

<u>MANDATORY REVOCATION ISSUES</u>

<u>**Original offense committed after 09/13/94:**</u>    Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:   1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.   If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>**Positive/Failed Drug Tests after 11/02/2002:**</u>   Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.