AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of California

2015 MAY 14  AM 10: 24

EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:09-cr-0244-MCE-2 |
| JOSE RAMIREZ | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE RAMIREZ                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 USC 3606 - Violation of Supervised Release

FILED
MAR 30 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Date:   05/14/2015                                        /s/ K. Zignago
                                                          *Issuing officer's signature*

City and state:   Sacramento, CA                          K. Zignago, Deputy Clerk
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 5/14/15, and the person was arrested on *(date)* 6/25/15
at *(city and state)* TUCSON, AZ

Date: 6/25/15                                             /s/ M.R.
                                                          *Arresting officer's signature*

                                                          MARCO RODRIGUEZ, SDUSM
                                                          *Printed name and title*